Case Number: PC-2020-06526
Filed in Providence/Bristol County Superior Court
Submitted: 10/15/2020 10:28 AM
Envelope: 2792011
Reviewer: Victoria H

SUPERIOR COURT OF RHODE ISLAND
PROVIDENCE, SC

LINDA SCHAAD,                                CASE NO.: C.A.NO: PC-2020-06526

                Plaintiff,

vs.

TEXAS ROADHOUSE HOLDINGS, LLC,
ALIAS ABC CORPORATION, and JOHN
DOE,

                Defendants.

_____

## **NOTICE TO THE COURT OF REMOVAL**

Defendant hereby notifies the Court that a Notice of Removal of the above captioned matter

was filed in the United States District Court for the District of Rhode Island on October 15, 2020.

A copy of the Notice of Removal is attached as Exhibit A.


Respectfully submitted,


/s/ Stephen P. Cooney
Stephen P. Cooney, Esq. (Registration # 6803)
Higgins, Cavanagh and Cooney, LLP
123 Dyer Street
Providence, RI 02903
(401) 490 – 3920
Scooney@hcc-law.com


Mony B.P. Yin, Esq.
Perez Morris Hyde LLC
17 Squadron Boulevard, Suite 410
New City, NY 10956
(845) 743 – 0101
Myin@perez-morris.com

*Attorneys for Defendant Texas Roadhouse Holdings, LLC*

Case Number: PC-2020-06526
Filed in Providence/Bristol County Superior Court
Submitted: 10/15/2020 10:28 AM
Envelope: 2792011
Reviewer: Victoria H

Case 1:20-cv-00442-MSM-PAS   Document 1-2   Filed 10/15/20   Page 2 of 2 PageID #: 19

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 15, 2020, I electronically filed the foregoing with the Clerk of the Court by using the court's electronic filing system and sent a copy via regular US Mail, postage prepaid, and e-mail, to the following:

Stephen M. Rappoport, Esq.
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
Fax (401) 437-3037
rap@rdclegal.com

*Attorneys for Plaintiff*

*/s/ Brenda L Rice*
Brenda L. Rice